NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| 1100 ADAMS STREET CONDOMINIUM ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> TARRAGON CORPORATION ET AL., <br><br> Defendants. | Civil Action No. 14-2203 <br><br> (SDW) <br><br><br> **ORDER** <br><br><br> November 5, 2014 |

**WIGENTON**, District Judge.

Before the Court is the Supplemental Report and Recommendation filed on October 15, 2014 ("R&R") by Magistrate Judge Madeline Cox Arleo ("Magistrate Judge Arleo"), recommending that plaintiff 1100 Adams Street Condominium Association, Inc.'s ("Plaintiff") motion to remand be granted. No objections have been filed to the R&R.

This Court has reviewed the reasons set forth by Magistrate Judge Arleo in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Magistrate Judge Arleo (Dkt. Nos. 27, 29) is **ADOPTED** as the conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand is **GRANTED**.

**SO ORDERED**.

s/ Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:    Parties
       Magistrate Judge Arleo